UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJMAN MOHADJER,<br><br>                        Petitioner,<br><br>v.<br><br>LOGAN WOLF, Assistant Director of the Otay Mesa Field Office, U.S Immigration Customs Enforcement; TODD M. LYONS, Acting Director U.S Immigration Customs Enforcement; KRISTI NOEM, Secretary of the U.S Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States.<br><br>                        Respondents. | Case No.: 3:25-cv-02409-CAB-AHG<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 1] |

      Pending before the Court is Pajman Mohadjer's petition for a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1.][1] Mr. Mohadjer is an Iranian national who has been held in detention at the Otay Mesa Regional Detention Center since November 4, 2024.

---

[1] Document numbers and page references are to those assigned by CM/ECF for the docket entry.

[Doc. No. 4 at 2.]  Respondents filed an Opposition.  [Doc. No. 4].  For the following reasons, Mr. Mohadjer's petition for a writ of habeas corpus is **DISMISSED WITH LEAVE TO AMEND**.

Having reviewed Mr. Mohadjer's petition, the Court finds that it is deficient because the proper respondent for the petition is the warden of the Otay Mesa Regional Detention Facility.  Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition."  *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  The Court cannot exercise jurisdiction over Mr. Mohadjer's petition so long as he fails to name as respondent the warden of the detention facility where he is being detained.

Accordingly, the Court **DISMISSES** Mr. Mohadjer's petition **WITH LEAVE TO AMEND** to include the warden of the Otay Mesa Regional Detention Center as a respondent.  Plaintiff shall have **thirty (30) days** from the date of this order to refile an amended petition for a writ of habeas corpus.

**IT IS SO ORDERED.**

Dated:  October 10, 2025

Hon. Cathy Ann Bencivengo
United States District Judge