UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJMAN MOHADJER A.K.A PEJMAN MOHAJER,<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center.<br><br>                      Respondents. | Case No.: 3:25-cv-02409-CAB-AHG<br><br>**ORDER GRANTING MOTION TO SEAL AND REQUIRING RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Doc. Nos. 10–12] |

      Petitioner has moved to seal materials attached to his original pro se habeas petition and to the government's response because he asserts the documents include sensitive information, including sensitive health information and information that may impact his safety in custody. [Doc. No. 11.] Respondents do not oppose. [*Id.*] "[P]rotecting an individual's constitutional and statutory right to privacy is a compelling interest that may justify sealing a particular medical or health record." *Civil Beat Law Ctr. For Pub. Interest, Inc. v. Maile*, 117 F.4th 1200, 1210 (9th Cir. 2024). Additionally, ensuring Petitioner's

safety in custody is a compelling interest. *See United States v. Doe*, 870 F.3d 991 (9th Cir. 2017).

The Court **ORDERS** the following previously filed material sealed:

- Doc. No. 1, Exhibits A (4–9); Exhibit B (1–9); and Exhibit C (1–8)
- Doc. No. 4, Exhibit 1

The Court additionally **GRANTS** Petitioner's motion to file his unredacted second declaration under seal. [Doc. No. 12.]

Petitioner has also filed a First Amended Petition for Writ of Habeas Corpus, [Doc. No. 9], and a Motion for Temporary Restraining Order ("TRO"), [Doc. No. 10]. Respondents shall file a response to the TRO by **November 3, 2025**. Petitioner may, but is not required to, file a traverse in support of his petition by **November 6, 2025**.

It is **SO ORDERED**.

Dated: October 27, 2025

Hon. Cathy Ann Bencivengo
United States District Judge