UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJMAN MOHAJER,<br><br>                       Petitioner,<br><br>v.<br><br>LOGAN WOLF, et al.,<br><br>                      Respondents. | Case No.: 3:25-cv-02409-CAB-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. No. 9]** |

      Petitioner Pajman Mohajer ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 9 ("Petition")], as well as a motion for temporary restraining order, [Doc. No. 10 ("TRO")]. On November 17, 2025, the Court partially granted the TRO and ordered Petitioner's release. [Doc. No. 17.] On December 2, 2025, the Court held a hearing on the Petition.

      For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001) because he was detained for over six months after his final order of removal with no reasonable likelihood of removal in the reasonably foreseeable future. Respondents may, however, modify Petitioner's conditions of release if Petitioner is provided notice and an opportunity to be heard.

///

The Court also finds it appropriate to grant the following permanent injunctive relief:

Respondents are **PROHIBITED** from re-detaining Petitioner unless there has been a change in circumstances that creates a reasonable likelihood of his removal in the reasonably foreseeable future.

Respondents are **PROHIBITED** from removing Petitioner to any country other than Iran without providing Petitioner with notice and an opportunity to be heard.

The Clerk of Court shall close the case.

It is **SO ORDERED.**

Dated:  December 2, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge